# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>T. QUILLEN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01370-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 5, 10)<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 19, 2017, the Court screened Plaintiff's complaint and found that it stated a cognizable claim against Defendants Sandor, Molina, Thomas and Bugarin for retaliation, and against Defendants Quillen, Carranza, Alvarado, Hurtado, Perez and Magana for excessive force, but no other cognizable claims. (ECF No. 5.) Plaintiff was granted an opportunity to amend his complaint, or notify the Court that he is agreeable to proceeding only on the claims identified as cognizable. (Id. at 8-9.) The screening order was served on Plaintiff at his then-address of record, with a thirty-day deadline for a response.

In the meantime, the Court received a notice of change of address from Plaintiff. (ECF No. 9.) As a result, on November 7, 2017, the above-described screening order was re-served on Plaintiff at his new address of record.

On December 5, 2017, Plaintiff notified the Court that he will not amend his complaint, and agrees to proceed only on the claims found to be cognizable in the Court's October 19, 2017 screening

1

order.[1] (ECF No. 10.) As a result, the Court will recommend that this action only proceed on the claims identified above, and all other claims and defendants be dismissed for the reasons stated in the Court's October 19, 2017 screening order. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, it is HEREBY RECOMMENDED that:

1. This action proceed on Plaintiff's claim against Defendants Sandor, Molina, Thomas and Bugarin for retaliation, and against Defendants Quillen, Carranza, Alvarado, Hurtado, Perez and Magana for excessive force; and

2. All other claims and defendants be dismissed for failure to state a claim upon which relief could be granted, consistent with the Court's October 19, 2017 order.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provision of 28 U.S.C. §636 (b)(1)(B). Within **fourteen (14) days** after being served with these Finding and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.2d F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __December 12, 2017__

UNITED STATES MAGISTRATE JUDGE

---

[1] In his notification, Plaintiff expresses some concern about the timeliness of his response, and asserts that he provided notice at the earliest opportunity. The Court considers Plaintiff's response to be timely filed.