
FILED
JAN 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>T. QUILLEN, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DEVONTE B. HARRIS, CDCR #P-73399 |

Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on January 18, 2019. Inmate Devonte B. Harris, CDCR #P-73399 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 1/18/19

_____
UNITED STATES MAGISTRATE JUDGE

1