# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. QUILLEN, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 39] |

Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed April 25, 2019.

Defendants request to extend the discovery and disposition motion deadlines in light of their pending motion to require Plaintiff to pose security as a vexatious litigant, filed on April 8, 2019. Pursuant to the Court's Amended Discovery and Scheduling Order, the deadline for completion of discovery is May 13, 2019, and the deadline for filing dispositive motions is July 12, 2019. (ECF No. 32.)

Defendants request the Court extend the discovery and dispositive motion deadlines to 30 and 60 days, respectively, from the date that Plaintiff either posts security (if the motion is granted) or from the date the motion is decided (if the motion is not granted).

1

On the basis of good cause, Defendants' request to modify the Amended Discovery and Scheduling Order is GRANTED, and the deadlines for completion of discovery and filing of dispositive motions, are extended to 30 and 60 days, respectively, after the ruling on Defendants' pending motion.

IT IS SO ORDERED.

Dated:  **April 26, 2019**

UNITED STATES MAGISTRATE JUDGE