# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. QUILLEN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE DEPOSITION ON OR BEFORE **JANUARY 3, 2020**<br><br>[ECF No. 50] |

　　Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On December 20, 2019, Plaintiff filed a motion to continue his deposition which is noticed for January 9, 2020, at California State Prison, Sacramento. Plaintiff contends that on December 11, 2019, he was transferred back to California State Prison, Corcoran and is not in possession of his legal property.

　　Because of the impending deposition date, the Court HEREBY DIRECTS Defendants to file a response to Plaintiff's motion on or before **January 3, 2020**.

IT IS SO ORDERED.

Dated:　**December 23, 2019**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1