UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. QUILLEN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE DEPOSITION<br><br>[ECF No. 50] |

　　　　Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 20, 2019, Plaintiff filed a motion to continue his deposition noticed for January 9, 2020, at California State Prison, Sacramento because on December 11, 2019, he was transferred back to California State Prison. (ECF No. 50.)

　　　　On January 2, 2020, Defendants filed a response to Plaintiff's motion. (ECF No. 52.) Defendants indicate that the deposition scheduled for January 9, 2020, has been canceled due to Plaintiff's transfer. (ECF No. 52.) Defendants submit that they intent to re-notice and take Plaintiff's deposition at the prison where he is currently housed. Defendants do not oppose a thirty-day continuance as requested by Plaintiff, "so long as the continuance does not impinge upon the deadlines to complete discovery and file dispositive motions in this case." Defendants request the Court request the Court extend the deadline to file a dispositive motion to ninety days (currently set for sixty days)

1

after a final ruling on their pending motion to require Plaintiff to post security is issued. (ECF No. 52 at 1.)

Based on the showing of good cause, it is HEREBY ORDERED that:

1. The deadline to take Plaintiff's deposition is extended to **thirty (30)** days from the date of issuance of this order; and

2. The deadline to file a dispositive motion is extended to **ninety (90)** days from the date a final ruling is issued on the pending motion to require Plaintiff to post security.

IT IS SO ORDERED.

Dated:   **January 3, 2020**

UNITED STATES MAGISTRATE JUDGE