# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. QUILLEN, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>INFORMATIONAL ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2020, the Findings and Recommendations to deny Defendants' motion for Plaintiff to post security as a vexatious litigant and/or to dismiss the action as untimely were adopted in full and Defendants' motion was denied. (ECF No. 54.)

Accordingly, pursuant to the Court's April 26, 2019 and January 3, 2020, the discovery deadline expires on **February 27, 2020**, and the dispositive motion deadline expires on **April 27, 2020**.

IT IS SO ORDERED.

Dated: __**January 29, 2020**__

                                    UNITED STATES MAGISTRATE JUDGE