# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. QUILLEN, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 66] |

Plaintiff Devonte B. Harris is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed on June 2, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to August 15, 2020, and the dispositive motion deadline is extended to October 15, 2020. All other provisions of the Court's July 2, 2018, order remain in full effect.

IT IS SO ORDERED.

Dated:  **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE

1