# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. QUILLEN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER FOLLOWING IN CAMERA REVIEW, AND DIRECTING DEFENDANTS TO PRODUCE PAGES 1 THROUGH 3 OF THE REDACTED VERSION OF APPEAL INQUIRY REGARDING THE DECEMBER 19, 2012 INCIDENT<br><br>[ECF No. 70] |

　　　　Plaintiff Devonte B. Harris is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 5, 2020, the Court directed Defendants to provide an amended response to Plaintiff's Request for Production of Documents, Set 1, Request No. 1, and produce any relevant documents for in camera review.  (ECF No. 70.)

　　　　On July 1, 2020, Defendants filed an amended response and submitted two separate documents for in-camera review as required by the Court's June 5, 2020 order.  (ECF No. 71.)

///

///

///

///

# I.
# DISCUSSION

### A.   Records Pertaining to September 18, 2012 Incident

As Defendants correctly submit, the documents originally identified by them in the Privilege Log relate to an incident report regarding use of force on September 18, 2012, which is not relevant to this action. Accordingly, Defendants will not be required to produce these documents.

### B.   Records Pertaining to December 19, 2012 Incident

Defendants submitted both a reacted and unredacted copy of documents responsive to Plaintiff's Request for Production of Documents, Set 1, Request No. 1, which includes the Confidential Appeal Inquiry.

Upon review of the documents, the Court finds the pages 1, 2, and 3 of the Confidential Appeal Inquiry are relevant to this action, and the proposed redactions of the confidential portions of the documents are appropriate. The inmates names and CDCR numbers are not relevant as those individuals did not provide favorable information to Plaintiff's case. In addition, the conclusion reached after the investigation is not relevant and does not support Plaintiff's case. However, if Plaintiff believes the redacted portions are somehow relevant, he may submit a filing supported by a particularized showing of good cause as to why the information should be disclosed. Accordingly, Defendants shall be directed to produce ONLY pages 1 through 3 of the Confidential Appeal Inquiry with the proposed redactions.

# II.
# ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **twenty (20)** days from the date of service of this order, Defendants shall produce pages 1, 2, and 3 of the Confidential Appeal Inquiry relating to the December 19, 2012 incident with the proposed redactions; and

///

///

///

2

2. Defendants are not required to produce the Incident Reports relating to the September 18, 2012 incident because they are not relevant to this action.

IT IS SO ORDERED.

Dated: **August 13, 2020**

UNITED STATES MAGISTRATE JUDGE