UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. QUILLEN, et al.,<br><br>    Defendants. | No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT<br><br>(Doc. Nos. 72, 78) |

Plaintiff Devonte B. Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for leave to file an amended complaint (Doc. No. 72) be denied.  (Doc. No. 78.)  Therein, the magistrate judge found that plaintiff failed to first "show good cause to modify the discovery and scheduling order under Federal Rule of Civil Procedure 16," and pursuant to that scheduling order, the deadline to amend the pleadings expired on March 4, 2019—a year and a half before plaintiff sought leave to amend.  (*Id.* at 3–4.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within thirty (30) days after service.  (*Id.* at 4–5.)  To date, no objections have been filed, and the time to do so has since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 14, 2020 (Doc. No. 78) are adopted in full;
2. Plaintiff's motion to amend his complaint (Doc. No. 72) is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **October 5, 2020**              /s/ Dale A. Drozd
                                          UNITED STATES DISTRICT JUDGE