UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01350-NONE-JLT (PC)<br><br>**ORDER LIFTING STAY** |

On January 7, 2021, the Court issued an order staying this case and referring it to Alternative Dispute Resolution. (Doc. 31.) Per the Court's order to show cause (Doc. 33), Defendants filed a notice opting out of ADR on March 4, 2021. (Doc. 34.) Accordingly, the Court ORDERS:

1. The order to show cause (Doc. 33) is DISCHARGED;
2. The stay is LIFTED; and,
3. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

　　Dated: __**March 5, 2021**__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE