UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>            Plaintiff,<br><br>     v.<br><br>T. QUILLEN, et al.,<br><br>            Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE OBJECTIONS TO THE PENDING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 86) |

Plaintiff Devonte B. Harris is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 5, 2021, the undersigned issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted in part and denied in part. The Court granted the parties thirty days to file objections.

On March 11, 2021, the Court set the case for settlement conference on May 27, 2021 before Magistrate Judge Barbara A. McAuliffe.

On March 26, 2021, Defendants filed a motion to extend the time to file objections to the Findings and Recommendations until thirty days after conclusion of the settlement conference.

///

///

///

1

Good cause having been presented, it is HEREBY ORDERED that objections to the Findings and Recommendations shall be filed on or before June 26, 2021.

IT IS SO ORDERED.

Dated: __**March 26, 2021**__

UNITED STATES MAGISTRATE JUDGE