# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. QUILLEN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01370-DAD-SAB (PC)<br><br>ORDER RESCHEDULING TELEPHONIC TRIAL CONFIRMATION HEARING BEFORE DISTRICT JUDGE DALE A. DROZD<br><br>(ECF No. 97) |

Plaintiff Devonte B. Harris is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a telephonic trial confirmation hearing before District Judge Dale A. Drozd on April 11, 2022, at 1:30 p.m.

On February 15, 2022, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for failure to file a pretrial statement. (ECF No. 98.)  In light of the fact that Plaintiff has not filed a pretrial statement, the Court finds it prudent to continue and reschedule the telephonic trial confirmation hearing to **May 16, 2022, at 3:30 p.m.** in Courtroom 5 before District Judge Dale A. Drozd.  Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at 1-877-402-9757, access code 6966236.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1