1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   DEVONTE B. HARRIS,                     )   Case No. 1:17-cv-01370-DAD-SAB (PC)
                                            )
12                     Plaintiff,           )   ORDER DISCHARGING ORDER TO SHOW
                                            )   CAUSE
13            v.                            )
                                            )   (ECF No. 98)
14   T. QUILLEN, et al.,                    )
                                            )   ORDER VACATING FINDINGS AND
15                     Defendants.          )   RECOMMENDATIONS, AND GRANTING
                                            )   PLAINTIFF TWENTY-ONE DAYS TO FILE
16                                          )   PRETRIAL STATEMENT
                                            )
17                                          )
                                            )   (ECF Nos. 101, 102)
18   _____       )

19           Plaintiff Devonte B. Harris is appearing *pro se* and *in forma pauperis* in this civil rights action

20   pursuant to 42 U.S.C. § 1983.

21           On September 29, 2021, the court directed Plaintiff to file his pretrial statement on or before

22   February 4, 2022.  (ECF. No. 97.)  However, Plaintiff failed to file his pretrial statement.  Therefore,

23   on February 15, 2022, the Court directed Plaintiff to show cause within twenty-one (21) days why the

24   action should not be dismissed.  (ECF No. 98.)  Plaintiff was warned that failure to file a response

25   would result in dismissal of the action.  (Id. at 2.)  After Plaintiff failed to file a response to the order

26   to show, the Court issued Findings and Recommendations on March 23, 2022 recommending

27   dismissal of the action.  (ECF No. 102.)   However, on March 21, 2022, Plaintiff filed a response to

28

                                            1

the order to show cause which was docketed by the Clerk of Court on March 23, 2022, just prior to the Findings and Recommendations.  (ECF No. 101.)

In his response to the order to show cause, Plaintiff indicates that his legal material is being stored in the law library and staff exchange the materials on a weekly basis.  (ECF No. 101 at 2.) Plaintiff further submits that he has been busy litigating other cases pending in this Court and has had to prioritize such filings.  (Id. at 2-3.)  Based on Plaintiff's contentions, the Court will discharge the order to show cause and grant Plaintiff twenty-one (21) days to file his pretrial statement.  However, Plaintiff is advised that he must comply with any and all deadlines imposed in this case.  The fact that Plaintiff has to simultaneously litigate other matters is not good cause for the failure to comply with the deadlines in this case, and no further extensions of time will be granted upon such basis.  See, e.g., Carter v. Dawson, No. 1:07-cv-01325-OWW-SMS, 2011 WL 2160566, *2 (E.D. Cal. June 1, 2011) (warning prisoner that being preoccupied by preparing pleadings in other cases does not constitute "good cause").  Furthermore, Plaintiff has been aware of the deadline to file his pretrial statement since September 29, 2021.  (ECF No. 97.)

Accordingly, it is HEREBY ORDERED that:

1.      The order to show cause issued on February 15, 2022 (ECF No. 98) is discharged;

2.      The Findings and Recommendations issued on March 23, 2022 (ECF No. 102), are vacated;

3.      Plaintiff is granted **twenty-one (21)** days from the date of service of this order to file his pretrial statement; and

4.      Failure to comply with this order will result in dismissal of the action by the assigned District Judge.


IT IS SO ORDERED.

Dated:   **March 24, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28