UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>T. QUILLEN, et al.,<br><br>Defendants. | No. 1:17-cv-01370-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE PRETRIAL ORDER<br><br>(ECF No. 111) |

  Plaintiff Devonte B. Harris is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is set for jury trial on January 25, 2023. The court issued the final pretrial order on June 13, 2022. (ECF No. 109.)

  Before the Court is Defendants' motion to modify the pretrial order. (ECF No. 111.) Defendants seek to remove Lieutenant Munoz from their witness list after determining that he was not involved in the events at issue in this action, had no interactions with Plaintiff, and does not have first-hand knowledge of the relevant events. (*Id.* at 3.) Good cause, appearing, the Court grants the Defendants' request.

///

///

///

///

1

Accordingly,

1. Defendants' motion to modify the pretrial order, (ECF No. 111), is granted; and
2. The final pretrial order, (ECF No. 109), is modified to reflect that Lieutenant Munoz will not be called as a witness at trial in this matter.

IT IS SO ORDERED.

Dated:   December 19, 2022

_____
UNITED STATES DISTRICT JUDGE